CARL BOOS et al., Respondents, *v.* KNICKERBOCKER CHOCOLATE COMPANY, Appellant.

*Boos* v. *Knickerbocker Chocolate Co.*, 145 App. Div. 919, affirmed.
(Argued December 9, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

July 1, 1911, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover upon a contract of sale.

*Frank Barker* for appellant.

*Francis E. Neagle* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.